```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DOUGLAS BEEVERS, Bar # USVI 766
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    DAMION LAMONT HARRIS
 7
```

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, | ) No. CR-08-0554-WBS |
| 12 | Plaintiff, | ) |
| 13 | v. | ) STIPULATION AND [~~PROPOSED~~] ORDER ) TO CONTINUE STATUS CONFERENCE |
| 14 | DAMION LAMONT HARRIS, | ) |
| 15 | Defendant. | ) Date: November 16, 2009 ) Time: 8:30 a.m. |
| 16 | _____ | ) Judge: Hon. William B. Shubb ) |

17        IT IS HEREBY STIPULATED between the parties, William Wong,

18   Assistant United States Attorney, and Douglas J. Beevers, Assistant

19   Federal Defender, attorney for defendant Damien Harris, that the status

20   conference of October 26, 2009 at 8:30 a.m., be vacated, and the matter

21   be set for status conference on November 16, 2009 at 8:30 a.m.

22        The grounds for the continuance is that the parties are (1)

23   Defense counsel has a previously scheduled sentencing hearing in *United*

24   *States v. Christopher Leigh* 1:09 CR 175 OWW in the Fresno Division at

25   9:00 a.m. on October 26, 2009, and (2) the Government's Rule 16

26   discovery will be available on October 26, 2009 and defense counsel

27   will need three weeks to review the discovery with the defendant and to

28   prepare for a defense strategy.  The parties agree a continuance is

1  necessary for this purpose, and agree to exclude time under the Speedy
2  Trial Act and Local Code T4 accordingly.
3      IT IS STIPULATED that the period from the signing of this Order,
4  up to and including November 16, 2009, be excluded in computing the
5  time within which trial must commence under the Speedy Trial Act,
6  pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for
7  ongoing preparation of counsel.
8  Dated: October 23, 2009

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*
_____
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
DAMION LAMONT HARRIS

Dated: October 23, 2009

LAWRENCE BROWN
Acting United States Attorney

*/s/ William Wong*
_____
By:  WILLIAM WONG
Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for October 26, 2009, be continued to November 16, 2009, at 8:30 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this

1  case would deny defendant reasonable time necessary for effective
2  preparation, taking into account the exercise of due diligence.  The
3  Court finds that the ends of justice to be served by granting a
4  continuance outweigh the best interests of the public and the defendant
5  in a speedy trial.  It is ordered that time from the date of this
6  Order, to and including, the November 16, 2009 status conference shall
7  be excluded from computation of time within which the trial of this
8  matter must be commenced under the Speedy Trial Act pursuant to 18
9  U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel
10 time to prepare.
11 Dated:   October 23, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE