```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, Bar # USVI 766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   DAMION LAMONT HARRIS
7
```

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | ) No. CR-08-0554-WBS |
| --- | --- | --- |
| 12 | Plaintiff, | ) AMENDED STIPULATION AND<br>) [~~PROPOSED~~] ORDER TO CONTINUE |
| 13 | v. | ) STATUS CONFERENCE |
| 14 | DAMIEN LAMONT HARRIS, | ) |
| 15 | Defendant. | ) Date: November 16, 2009<br>) Time: 8:30 a.m.<br>) Judge: Hon. William B. Shubb |

16

17      IT IS HEREBY STIPULATED between the parties, William Wong,

18 Assistant United States Attorney, Douglas J. Beevers, Assistant Federal

19 Defender, attorney for defendant Damien Harris, and Erin J. Radekin,

20 attorney for defendant Sabrina Bucher, that the status conference of

21 October 26, 2009 at 8:30 a.m., be vacated, and the matter be set for

22 status conference on November 16, 2009 at 8:30 a.m.

23      The grounds for the continuance is that (1) Defense counsel

24 Beevers has a previously scheduled sentencing hearing in *United States*

25 *v. Christopher Leigh* 1:09 CR 175 OWW in the Fresno Division at 9:00

26 a.m. on October 26, 2009, and (2) the Government's Rule 16 discovery

27 will be available on October 26, 2009 and defense counsel will need

28 three weeks to review the discovery with the defendant and to prepare

1  for a defense strategy.  The parties agree a continuance is necessary
2  for this purpose, and agree to exclude time under the Speedy Trial Act
3  and Local Code T4 accordingly.
4      IT IS STIPULATED that the period from the signing of this Order,
5  up to and including November 16, 2009, be excluded in computing the
6  time within which trial must commence under the Speedy Trial Act,
7  pursuant to  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for
8  ongoing preparation of counsel.
9  Dated: October 27, 2009

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*
_____
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
DAMIEN LAMONT HARRIS

LAW OFFICES OF ERIN J. RADEKIN

/s/ Erin J. Radekin
_____
ERIN J. RADEKIN
Attorney for Defendant
SABRINA MARIE BUCHER

Dated: October 27, 2009

LAWRENCE BROWN
Acting United States Attorney

*/s/ William Wong*
_____
By:  WILLIAM WONG
Assistant U.S. Attorney

Stip and Order                              -2-

1       **ORDER**

2       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
3  ordered that the status conference presently set for October 26, 2009,
4  be continued to November 16, 2009, at 8:30 a.m.  Based on the
5  representation of defense counsel and good cause appearing therefrom,
6  the Court hereby finds that the failure to grant a continuance in this
7  case would deny defendant reasonable time necessary for effective
8  preparation, taking into account the exercise of due diligence.  The
9  Court finds that the ends of justice to be served by granting a
10 continuance outweigh the best interests of the public and the defendant
11 in a speedy trial.  It is ordered that time from the date of this
12 Order, to and including, the November 16, 2009 status conference shall
13 be excluded from computation of time within which the trial of this
14 matter must be commenced under the Speedy Trial Act pursuant to 18
15 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel
16 time to prepare.

17 Dated:   November 5, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE