```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2790
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )   NO. 2:08-CR-0554 WBS
                                )
12            Plaintiff,        )   STIPULATION AND (PROPOSED)
                                )   ORDER TO RESET MOTION SCHEDULE
13       v.                     )   AND STATUS CONFERENCE
                                )
14  DAMIEN LAMONT HARRIS, and   )
    SABRINA MARIE BUCHER,       )
15                              )
              Defendants.       )
16  _____)
```

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and the defendant Damien Lamont Harris, through his counsel, Douglas Beevers, Assistant Federal Defender, and defendant Sabrina Marie Bucher, through her counsel, Erin Radekin, Esq., stipulate and agree to the following revised motion schedule regarding defendant Harris' motion currently set for November 16, 2009, at 10:00 a.m.:

  1. Government's opposition shall be filed no later than January 11, 2010;

    2.    Defendant's reply, if any, shall be filed no later than January 18, 2010;

    3.    Non-evidentiary hearing set for January 25, 2010, at 8:30 a.m.; and

    4.    Status conference for both defendants set for January 25, 2010, at 8:30 a.m.

The parties respectfully request that the Court allow some additional time for counsels and for the government to attempt a resolution of the matter. Furthermore, counsel for the government has been in a three-week jury trial starting on October 27, 2009, in the matter of United States v. Villasenor, CR S 07-248 WBS. Because the Villasenor case was short set, counsel for the government had been involved in trial preparation for the two and a half weeks prior to the start of the trial. With this revised law and motion schedule, the parties will attempt to resolve the matter, and if not, the government will file its response by the 21st of December, 2009. Accordingly, the parties stipulate to the revised law and motion schedule, as well as the hearing for the status conference.

Additionally, the parties agree that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) - Local Code T-4 - reasonable time to prepare and for continuity of counsel, and 18 U.S.C. § 3161(h)(1)(F) - Local Code E - pending motion. The parties agree that time be excluded under these provisions for the reasons stated above from November 16, 2009, to and including January 25, 2010.

DATED: November 13, 2009          Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                By:    /s/ WILLIAM S. WONG
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney

```
1  DATED: November 13, 2009        By:   /s/ Douglas Beevers
                                         DOUGLAS BEEVERS, ESQ.
2                                        Attorney for Damien Harris

3  DATED: November 13, 2009        By:   /s/ Erin Radekin
                                         ERIN RADEKIN, ESQ.
4                                        Attorney for Sabrina Bucher
```

**ORDER**

Good cause having been shown, it is hereby ordered that the status conference date and the revised motion schedule is adopted and that time should be excluded under Local Code T-4 and Local Code E from November 13, 2009, to and including January 25, 2010.

DATED: November 13, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE