```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DOUGLAS J. BEEVERS, #VI 766
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  DAMION LAMONT HARRIS

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  NO. CR-S-08-554-WBS
                                     )
12              Plaintiff,           )
                                     )  STIPULATION AND [PROPOSED] ORDER
13      v.                           )  TO CONTINUE NON-EVIDENTIARY
                                     )  HEARING/STATUS CONFERENCE;
14  DAMION LAMONT HARRIS and         )  EXCLUDING TIME
    SABRINA MARIE BUCHER,            )
15                                   )  Date:    January 25, 2010
                Defendants.          )  Time:    8:30 a.m.
16  _____    )  Judge:   William B. Shubb
```

17

18      It is hereby stipulated between the parties, William S. Wong,

19 Assistant United States Attorney, attorney for plaintiff; Douglas J.

20 Beevers, Assistant Federal Defender, attorney for defendant, DAMION

21 LAMONT HARRIS; and Erin J. Radekin, attorney for defendant, SABRINA

22 MARIE BUCHER, that the Non-Evidentiary Hearing/Status Conference

23 hearing date of January 25, 2010 be vacated, and a new Motion

24 Hearing/Status Conference hearing date of February 1, 2010 at

25 8:30 a.m. be set.

26      This continuance is requested as counsel for Damion Harris is

27 currently in trial in U.S. v. Elden Ray Cibart, Case No. CR-S-07-290-

28 WBS, and it is anticipated that he will be unavailable until the

-1-

1  following week.

2     It is further stipulated and agreed between the parties that the
3  period from January 25, 2010, through and including February 1, 2010,
4  should be excluded in computing the time within which trial must
5  commence under the Speedy Trial Act, pursuant to 18 U.S.C.
6  §3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation
7  of counsel.

8  Dated: January 22, 2010          Respectfully submitted,

9                                   DANIEL J. BRODERICK
                                    Federal Defender
10
                                    /s/ Douglas J. Beevers
11                                  _____
                                    DOUGLAS J. BEEVERS
12                                  Assistant Federal Defender
                                    Attorney for Defendant
13                                  DAMION LAMONT HARRIS

14
                                    /s/ Douglas J. Beevers for
15                                  _____
                                    ERIN JOLENE RADEKIN
16                                  Attorney for Defendant
                                    SABRINA MARIE BUCHER
17

18 Dated: January 22, 2010          BENJAMIN B. WAGNER
                                    United States Attorney
19
                                    /s/ Douglas J. Beevers for
20                                  _____
                                    WILLIAM S. WONG
21                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff
22

23                    **O R D E R**

24 **IT IS SO ORDERED.**

25 Dated:  January 22, 2010

26                          _____
27                          WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE
28

-2-