1  **ERIN J. RADEKIN**
   **Attorney at Law - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  SABRINA BUCHER

6

7                      IN THE UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,           **2:08-CR-00554 WBS**

11 |        Plaintiff,                    **MOTION FOR CONTINUANCE OF STATUS**
                                          **CONFERENCE; STIPULATION AND**
12 | v.                                   **[PROPOSED] ORDER**

13 |
   | SABRINA BUCHER, et al.
14 |
   |        Defendants.
15 |

16

17

18
                                  **STIPULATION**
19
        Plaintiff, United States of America, by and through its counsel, Assistant United States
20
   Attorney William Wong, Damion Harris, by and through his counsel, Douglas Beevers, and
21
   defendant, Sabrina Bucher, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate
22
   the date set for status conference, March 22, 2010 at 8:30 a.m., in the above-captioned matter, and to
23
   continue the status conference to April 5, 2010 at 8:30 a.m. in the courtroom of the Honorable
24
   William B. Shubb.
25
        The reason for this request is that additional time is needed for plea negotiations as to both
26
   defendants. The Court is advised that the government and Mr. Beevers concur with this request and
27
   have authorized Ms. Radekin to sign this stipulation on their behalf.
28
        The parties further agree and stipulate that the time period from the filing of this stipulation
   until April 5, 2010 should be excluded in computing time for commencement of trial under the

1 Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
2 Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
3 preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
4 outweigh the best interests of the public and the defendant in a speedy trial.
5     Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
6 IT IS SO STIPULATED

7 Dated: March 19, 2010      BENJAMIN WAGNER
     United States Attorney

     By:    /s/ William Wong
9      WILLIAM WONG
     Assistant United States Attorney

11 Dated: March 19, 2010      /s/ Erin J. Radekin
     ERIN J. RADEKIN
12      Attorney for Defendant
     SABRINA BUCHER

Dated: March 19, 2010      /s/ Douglas Beevers
14      DOUGLAS BEEVERS
     Attorney for Defendant
15      DAMION HARRIS

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of March 22, 2010 at 8:30 a.m. is VACATED and the above-captioned matter is set for status conference on April 5, 2010 at 8:30 a.m. The Court finds excludable time in this matter through April 5, 2010 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: March 22, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE