```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2790
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   NO. 2:08-CR-0554 WBS
                                 )
12              Plaintiff,       )   AMENDED STIPULATION AND
                                 )   [PROPOSED] ORDER TO RESET MOTION
13       v.                      )   SCHEDULE AND STATUS CONFERENCE
                                 )
14  DAMIEN LAMONT HARRIS, and    )
    SABRINA MARIE BUCHER,        )
15                               )
                Defendants.      )
16  _____)
17
18       The United States of America, through its counsels of record,
19  Benjamin B. Wagner, United States Attorney for the Eastern District
20  of California, and William S. Wong, Assistant United States
21  Attorney, and the defendant Damien Lamont Harris, through his
22  counsel, Douglas Beevers, Assistant Federal Defender, and defendant
23  Sabrina Marie Bucher, through her counsel, Erin Radekin, Esq.,
24  stipulate and agree to the following revised motion schedule
25  regarding defendant Harris' motion currently set for June 21, 2010,
26  at 8:30 a.m.:
27       1.   Government's opposition shall be filed no later than
                 July 9, 2010;
28
```

     2.    Defendant's reply, if any, shall be filed no later than July 19, 2010; and

     3.    Non-evidentiary hearing set for July 26, 2010, at 8:30 a.m.

The parties respectfully request that the Court allow some additional time for counsels and for the government to attempt a resolution of the matter which involves complex sentencing issues. Furthermore, counsel for the government is in a jury trial starting on June 14, 2010, in the matter of <u>United States v. Holmes</u>, CR S 08-325 EJG. With this revised law and motion schedule, the parties will attempt to resolve the matter, and if not, the government will file its response by the 9th of July, 2010. Accordingly, the parties stipulate to the revised law and motion schedule, as well as to vacate the current jury trial date of July 27, 2010, and the trial confirmation hearing date of July 12, 2010.

Additionally, the parties agree that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) - Local Code T-4 - reasonable time to prepare and for continuity of counsel, and 18 U.S.C. § 3161(h)(1)(F) - Local Code E - pending motion. The parties agree

///
///
///

1 that time be excluded under these provisions for the reasons stated
2 above from June 21, 2010, to and including July 26, 2010.
3 DATED: June 15, 2010                    Respectfully submitted,
4                                         BENJAMIN B. WAGNER
                                          United States Attorney
5
6                                   By:   /s/ William S. Wong
                                          WILLIAM S. WONG
7                                         Assistant U.S. Attorney
8 DATED: July 17, 2010              By:   /s/ William S. Wong for
                                          DOUGLAS BEEVERS, ESQ.
9                                         Attorney for Damien Harris
10 DATED: July 17, 2010             By:   /s/ William S. Wong for
                                          ERIN RADEKIN, ESQ.
11                                        Attorney for Sabrina Bucher

13                                **ORDER**

14      Good cause having been shown, it is hereby ordered that the
15 current jury trial date of July 27, 2010, and the trial confirmation
16 date of July 12, 2010, is vacated and the revised motion schedule is
17 adopted and that time should be excluded under Local Code T-4 and
18 Local Code E from June 21, 2010, to and including July 26, 2010.
19 DATED: June 22, 2010

                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE