DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LEXI NEGIN, Bar# 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
DAMION LAMONT HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                         )<br>            Plaintiff,                          )<br>                                                         )<br>      v.                                              )<br>                                                         )<br> DAMION LAMONT HARRIS,       )<br> and SABRINA MARIE BUCHER, )<br>                                                         )<br>            Defendants.                    )<br>                                                         )<br> _____ ) | Cr.S. 08-554 WBS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS  HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT<br><br>DATE:     September 13, 2010<br>TIME:     8:30 a.m.<br>JUDGE:   William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through William Wong, Assistant U.S. Attorney, and defendants, DAMION LAMONT HARRIS by and through his counsel, Lexi Negin, Assistant Federal Defender, and SABRINA MARIE BUCHER by and through her counsel, Erin Jolene Radekin, that the status conference set for August 30, 2010, be continued to September 13, 2010, at 8:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses, and to continue investigating the facts of the case.

///

///

///

It is further stipulated that the time period from the date of this stipulation, August 26, 2010, through and including the date of the new status conference hearing, September 13, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

A proposed order is attached and lodged separately for the court's convenience.

DATED: August 26, 2010              Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                     */s/ Lexi Negin*
                                    LEXI NEGIN
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    DAMION LAMONT HARRIS

DATED: August 26, 2010               */s/ Lexi Negin for*
                                    ERIN JOLENE RADEKIN
                                    Attorney for Defendant
                                    SABRINA MARIE BUCHER

DATED: August 26, 2010              BENJAMIN B. WAGNER
                                    United States Attorney

                                     */s/ Lexi Negin for*
                                    WILLIAM WONG
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAMION LAMONT HARRIS,<br>and SABRINA MARIE BUCHER,<br><br>　　　　　Defendants.<br>_____ | )　Cr.S. 08-554 WBS<br>)<br>)<br>)<br>)　ORDER CONTINUING STATUS HEARING<br>)　AND EXCLUDING TIME PURSUANT TO THE<br>)　SPEEDY TRIAL ACT<br>)<br>)<br>) |

　　　For the reasons set forth in the stipulation of the parties, filed on August 27, 2010,  IT IS HEREBY ORDERED that the status conference currently scheduled for August 30, 2010,  be vacated and that the case be set for **Monday, September 13, 2010, at 8:30 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 27, 2010, stipulation, the time under the Speedy Trial Act is excluded from the date of this stipulation, August 26, 2010, through September 13, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:  August 27, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE