DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LEXI NEGIN, Bar# 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
DAMION LAMONT HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 08-554 WBS |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER VACATING SENTENCING DATE AND SETTING HEARING FOR WITHDRAWAL OF PLEA AND CHANGE OF PLEA |
| v. ) | |
| DAMION LAMONT HARRIS, ) | |
| Defendants. ) | |

It is hereby stipulated and agreed to between the United States of America through William Wong, Assistant U.S. Attorney, and defendant, DAMION LAMONT HARRIS by and through his counsel, Lexi Negin, Assistant Federal Defender that the sentencing hearing set for February 28, 2011, be vacated.  It is further stipulated and agreed between the parties that the case should be scheduled on March 14, 2011, at 8:30 a.m.   At that time Mr. Harris intends to move to withdraw his guilty plea pursuant to Federal Rule of Criminal Procedure 11(d), and enter a new guilty plea pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).

A proposed order is attached and lodged separately for the court's convenience.

| | | |
|---|---|---|
| 1 | DATED: February 24, 2011 | Respectfully submitted, |
| 2 | | DANIEL J. BRODERICK<br>Federal Defender |
| 3 | | |
| 4 | |   */s/ Lexi Negin*<br>LEXI NEGIN<br>Assistant Federal Defender |
| 5 | | Attorney for Defendant<br>DAMION LAMONT HARRIS |
| 8 | DATED: August 26, 2010 | BENJAMIN B. WAGNER<br>United States Attorney |
| 10 | |   */s/ Lexi Negin for*<br>WILLIAM WONG<br>Assistant U.S. Attorney |
| 11 | | Attorney for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr.S. 08-554 WBS |
| Plaintiff, | ) |
| v. | ) ORDER VACATING SENTENCING DATE AND SETTING HEARING FOR |
| DAMION LAMONT HARRIS, | ) WITHDRAWAL OF PLEA AND CHANGE OF PLEA |
| Defendants. | ) |

For the reasons set forth in the stipulation of the parties, filed on February 24, 2011, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for February 28, 2011, be vacated and that the case be set for **Monday, March 14, 2011, at 8:30 a.m.** for a hearing on defendant Harris' motion to withdraw his present guilty plea pursuant to FRCP 11(d) and to enter a new written plea agreement in accordance with FRCP 11(c)(1)(C).

Dated: February 24, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**3**