DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LEXI NEGIN, Bar# 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
DAMION LAMONT HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 08-554 WBS |
| Plaintiff, | ) ) ) | STIPULATION AND [~~PROPOSED~~] ORDER VACATING SENTENCING DATE |
| v. | ) ) | AND SETTING HEARING FOR WITHDRAWAL OF PLEA AND CHANGE |
| DAMION LAMONT HARRIS, | ) ) | OF PLEA |
| Defendants. | ) ) ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through William Wong, Assistant U.S. Attorney, and defendant, DAMION LAMONT HARRIS by and through his counsel, Lexi Negin, Assistant Federal Defender that the sentencing hearing set for Monday, March 14, 2011, be vacated.  It is further stipulated and agreed between the parties that the case should be scheduled on Monday, March 21, 2011, at 8:30 a.m.  At that time Mr. Harris intends to move to withdraw his guilty plea pursuant to Federal Rule of Criminal Procedure 11(d), and enter a new guilty plea pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).

///

///

///

A proposed order is attached and lodged separately for the court's convenience.

DATED: March 10, 2011       Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/ Lexi Negin
LEXI NEGIN
Assistant Federal Defender
Attorney for Defendant
DAMION LAMONT HARRIS


DATED: March 9, 2011       BENJAMIN B. WAGNER
United States Attorney

 /s/ Lexi Negin for
WILLIAM WONG
Assistant U.S. Attorney
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 08-554 WBS |
| ) | |
| Plaintiff, ) | |
| ) | ORDER VACATING SENTENCING DATE |
| v. ) | AND SETTING HEARING FOR |
| ) | WITHDRAWAL OF PLEA AND CHANGE OF |
| DAMION LAMONT HARRIS, ) | PLEA |
| ) | |
| Defendants. ) | |
| _____ ) | |

For the reasons set forth in the stipulation of the parties, filed on March 10, 2011, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for Monday, March 14, 2011, be vacated and that the case be set for **Monday, March 21, 2011, at 8:30 a.m.** for a hearing to allow Mr. Harris to withdraw his present guilty plea pursuant to FRCP 11(d) and to enter a new written plea agreement in accordance with FRCP 11(c)(1)(C).

Dated: March 10, 2011

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3