BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CRS 2:08-00554 WBS |
| Plaintiff, | GOVERNMENT'S MOTION AND [PROPOSED] ORDER FOR AN EXTENSION TO FILE RESPONSE TO DEFENDANT'S MOTION TO REDUCE SENTENCE |
| v. | |
| DAMION LAMONT HARRIS, | |
| Defendant. | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, hereby submits this motion to revise the briefing schedule to allow the Government additional time to file its response to defendant's motion to reduce sentence for the following reasons:

   1.   Counsel for the government needs additional time to retrieve and review the closed file from archives.

   2.   Counsel for the government is currently in trial in the case of **United States v. Khan**, CRS. 10-175 KJM, which began on July 23, 2013 and is expected to last approximately two weeks

1

Accordingly, the government respectfully requests that the briefing schedule be modified and the government be given to August 16, 2013 to file its response to defendant's motion to reduce sentence as follows;

    1.   Government's response shall be filed no later than August 16, 2013.

Respectfully submitted,

DATED:    July 25, 2013        BENJAMIN B. WAGNER
                                              United States Attorney

                                      By:   /s/ William S. Wong
                                              WILLIAM S. WONG
                                              Assistant U.S. Attorney

```
BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CRS 2:08-00554 WBS |
| Plaintiff, | ORDER TO RESET BRIEFING SCHEDULE |
| v. | |
| DAMION LAMONT HARRIS, | |
| Defendant. | |

For the reasons set forth above, the revised briefing schedule is adopted. The government's requests to file its response to defendant's motion to reduce sentence by August 16, 2013 is hereby granted.

DATED: July 25, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE