UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr. S-08-554 WBS |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| DAMION LAMONT HARRIS, | |
| Defendant. | |

The Clerk is ordered to serve a copy of the Government's Response to Defendant's Motion for Reduction of Sentence (Docket No. 98) upon defendant. Defendant shall have 30 days from the date of this Order to file his reply.

IT IS SO ORDERED.

Dated: September 11, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1