IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:08-cr-554 WBS |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| DAMION HARRIS, | ) ) | |
| Defendant. | ) ) ) | |

Having considered the Defendant's Motion for Judicial Recommendation for Length of RRC/Hafway House Placement (Dkt 104), it is hereby:

ORDERED, that the United States Probation Office consider Mr. Harris' motion and submit a recommendation to the Court regarding the Defendant's request by June 30, 2017; and it is further,

ORDERED, that the Office of the United States Attorney respond to Mr. Harris' motion by June 30, 2017.

Dated: May 30, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE