# UNITED STATES DISTRICT COURT
## for the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| DAMION LAMONT HARRIS; | ) Case No: 2:08CR00554-01 WBS |
| aka Damien Chatman; aka Willie Moore | ) |
| | ) USM No: 18843-097 |
| Date of Original Judgment: 4/11/2011 | ) |
| Date of Previous Amended Judgment: | ) David Porter, AFD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under Section 404 of the First Step Act of 2018, P.L. 115-391, and the Fair Sentencing Act of 2010, imposing a reduced sentence on the defendant as if the Fair Sentencing Act had been in effect at the time the defendant's offense(s) was/were committed,

**IT IS ORDERED** that the motion is:

☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*

*the last judgment issued)* of _____188_____ months **is reduced to** _____151 months_____ .

The previously imposed term of supervised release of 48 months is reduced to 36 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____4/14/2011_____ shall remain in effect.

**IT IS SO ORDERED**.

*Order Date:* _July 2, 2019_

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Effective Date: _____N/A_____
*(if different from order date)*