UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:08-cr-554 WBS |
| Plaintiff, | |
| v. | ORDER |
| DAMION LAMONT HARRIS, | |
| Defendant. | |

----oo0oo----

On August 28, 2019, defendant Damion Lamont Harris filed a Motion for Reduction of Sentence Pursuant to Title 18 U.S.C. § 3582(c)(2). (Docket No. 125.) The United States shall file any opposition to defendant's motion no later than thirty (30) days from the date of this order. Defendant may file a reply no later than twenty-one (21) days from the date of the filing of the United States' opposition. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

1

IT IS SO ORDERED.

Dated: September 10, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE