UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAMION LAMONT HARRIS,<br><br>　　　　Defendant. | NO. 2:08-cr-554 WBS<br><br>SUPPLEMENTAL ORDER |

----oo0oo----

Before the court is defendant Damion Lamont Harris's Motion for Reduction of Sentence Pursuant to Title 18 U.S.C. § 3582(c)(2). (Docket No. 125.) The court previously denied a similar § 3582 motion filed by defendant, holding that because he was sentenced as a career offender under U.S.S.G. § 4B1.1, which Amendment 782 does not affect, he was not eligible for a sentence reduction under that amendment. (Docket No. 121 (citing, inter alia, United States v. Charles, 749 F.3d 767, 770 (9th Cir. 2014) ("[R]etroactive amendments regarding sentences under the drug

1

guidelines do not affect individuals who were sentenced as career offenders . . . ."); <u>United States v. Romero</u>, 675 F. App'x 777 (9th Cir. 2017) (denying motion to reduce sentence pursuant to section 3582(c)(2) and Amendment 782 because defendant was sentenced as a career offender under U.S.S.G. § 4B1.1)).)

Subsequent to the denial of defendant's prior § 3582 motion, the court accepted the parties' stipulation to a reduction of sentence pursuant to Section 404 of the First Step Act of 2018, and defendant's sentence was reduced from 188 months to 151 months. (Docket Nos. 123, 124.) However, in its response to the instant motion (Docket No. 129), the government does not address what effect, if any, the reduction of sentence has on defendant's eligibility for a sentence reduction under Amendment 782. Indeed, the government's brief does not even mention the reduction of defendant's sentence under the First Step Act.

Given this oversight, the government is hereby ORDERED to file a supplemental response to defendant's motion within ten days of the date of this order. Defendant may file a reply to the government's brief and supplemental brief. Any such reply shall be filed within thirty days of the date of filing of the government's supplemental brief.

IT IS SO ORDERED.

Dated: October 7, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE