PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00554 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE THE PRELIMINARY HEARING ON DEFENDANT'S PETITION FOR REVOCATION OF SUPERVISED RELEASE; [~~PROPOSED~~] ORDER |
| v. | |
| DAMION LAMONT HARRIS, | |
| Defendant. | DATE: July 12, 2022<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Alexis Klein, and defendant, Damion Harris, by and through defendant's counsel of record, Rachelle Barbour, hereby stipulate as follows:

1. On June 30, 2022, defendant made his initial appearance on the operative petition for revocation on defendant's term of supervised release (ECF No. 137) and the matter was set for preliminary hearing on July 12, 2022. *See* ECF No. 139.

2. The government is requesting the preliminary hearing be continued to July 14, 2022, due to the assigned probation officer's unavailability and schedule. The defendant has no objection.

3. The parties further stipulate that continuing the preliminary hearing to July 14, 2022, will still ensure the defendant receives a prompt preliminary hearing within the meaning of Federal Rule of

///

STIPULATION TO CONTINUE DEFENDANT'S RULE 32.1 PRELIMINARY HEARING

1

Criminal Procedure 32.1(b)(1)(A), and that the defendant is not prejudiced by this continuance.

IT IS SO STIPULATED.

Dated:  July 11, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ ALEXIS KLEIN
ALEXIS KLEIN
Assistant United States Attorney

Dated:  July 11, 2022

/s/ RACHELLE BARBOUR
RACHELLE BARBOUR
Assistant Federal Defender
Counsel for Defendant
DAMION LAMONT HARRIS

### [~~PROPOSED~~] ORDER

On July 11, 2022, the parties filed a stipulation to continue defendant Damion Harris' preliminary hearing, which was scheduled pursuant to Federal Rule of Criminal Procedure 32.1(b)(1). The parties' stipulation is hereby adopted and incorporated by reference.  Accordingly, the Court vacates the July 12, 2022, preliminary hearing, and resets the preliminary hearing for July 14, 2022, at 2:00 p.m. before the undersigned.

IT IS SO FOUND AND ORDERED this 11th day of July, 2022.

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE