HEATHER WILLIAMS
Federal Defender
RACHELLE BARBOUR
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Plaintiff
DAMION HARRIS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>DAMION HARRIS,<br><br>                    Defendant. | CASE NO. 2:08-CR-00554<br><br>STIPULATION TO CONTINUE THE PRELIMINARY HEARING ON DEFENDANT'S PETITION FOR REVOCATION OF SUPERVISED RELEASE; [PROPOSED] ORDER<br><br>DATE:   July 19, 2022<br>TIME:   2:00 p.m.<br>COURT: Hon. Allison Claire |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Alexis Klein, and defendant, Damion Harris, by and through defendant's counsel of record, Rachelle Barbour, hereby stipulate as follows:

1.  On June 30, 2022, defendant made his initial appearance on the operative petition for revocation on defendant's term of supervised release (ECF No. 137) and the matter was set for preliminary hearing on July 12, 2022. *See* ECF No. 139.

2.  The parties are requesting the preliminary hearing be continued to July 19, 2022 at 2:00 p.m., due to the assigned probation officer's unavailability and the need for additional discussions prior to the hearing. The Defense has cleared this date with the Probation Office.

3.  The parties further stipulate that continuing the preliminary hearing to July 19, 2022, will still ensure the defendant receives a prompt preliminary hearing within the meaning of Federal Rule of

Criminal Procedure 32.1(b)(1)(A), and that the defendant is not prejudiced by this continuance.

IT IS SO STIPULATED.

Dated: July 13, 2022                                     PHILLIP A. TALBERT
                                                         United States Attorney


                                                         /s/ *ALEXIS KLEIN*
                                                         ALEXIS KLEIN
                                                         Assistant United States Attorney


Dated: July 13, 2022                                     /s/ *RACHELLE BARBOUR*
                                                         RACHELLE BARBOUR
                                                         Assistant Federal Defender
                                                         Counsel for Defendant
                                                         DAMION HARRIS

**[~~PROPOSED~~] ORDER**

On July 13, 2022, the parties filed a stipulation to continue defendant Damion Harris' preliminary hearing, which was scheduled pursuant to Federal Rule of Criminal Procedure 32.1(b)(1). The parties' stipulation is hereby adopted and incorporated by reference. Accordingly, the Court vacates the July 14, 2022, preliminary hearing, and resets the preliminary hearing for July 19, 2022, at 2:00 p.m. before the undersigned.

IT IS SO FOUND AND ORDERED this 14th day of July, 2022.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE