```
 1  PHILLIP A. TALBERT
    United States Attorney
 2  ALEXIS KLEIN
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
 5

 6  Attorneys for Plaintiff
    United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAMION LAMONT HARRIS,<br><br>　　　　　　Defendant. | CASE NO: 2:08-CR-00554 WBS<br><br>[~~PROPOSED~~] ORDER TO WITHDRAW ECF NO. 149 AND MODIFY ORDER REGARDING FILING OF REDACTED DOCUMENTS |

Upon receipt and consideration of the government's request to withdraw its request to file documents under seal, IT IS HEREBY ORDERED that the government's request to withdraw is granted and the Court's order, at ECF No. 151, is modified to relieve the government of any directive or order to file any reports on the public docket in anticipation of the upcoming preliminary hearing.

DATED: July 19, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28