UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

**AUGUST 29, 2022**

Clerk, U.S. District Court
Eastern District of California
By    **KKS**
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**DAMION LAMONT HARRIS,** )<br>)<br>Defendant. )<br>_____ ) | Case No. 2:08CR00554-01 WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release **DAMION LAMONT HARRIS** Case 2:08CR0554-01 WBS from custody for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    __ Unsecured bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    **X** (Other) **Defendant was sentenced to a term of TIME SERVED.**

Issued at Sacramento, CA on August 29, 2022 at 12:05 a.m./p.m.

Dated: 8/29/2022

                                                WILLIAM B. SHUBB
                                               U.S. DISTRICT JUDGE

Orig & Copy: USM
Copy to Docketing